UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. **15-MC-21451-Ki**ng Torres

IN RE: REQUEST FOR INTERNATIONAL
JUDICIAL ASSISTANCE FROM THE
DISTRICT COURT OF BRASOV, ROMANIA;
MATTER OF TUDORITA V. COSMIN
_____/

**MEMORANDUM OF LAW IN SUPPORT**
**OF APPLICATION FOR ORDER**

The United States of America applies to this Court for an Order appointing a Commissioner for the purpose of enforcing a subpoena for employment records on Carnival Cruise Lines for use in a proceeding by the District Court of Brasov, Romania.   This application is made in response to Letters Rogatory from that tribunal. (Copy of Letters Rogatory attached as Exhibit No. 1 to the Application for Order Pursuant to Title 28, United States Code, Section 1782). The requested evidence is necessary to resolve issues in a matter entitled *Tudorita v. Cosmin*.

This Court has the authority to order the production of evidence for use in a proceeding in a foreign or international tribunal pursuant to 28 U.S.C. § 1782.   See In Re: Request for Assistance from Ministry of Legal Affairs of Trinidad and Tobago, 848 F.2d 1151 (11th Cir. 1988), cert. denied 488 U.S. 1005 (1989).   A stated purpose for which Congress enacted the statute was "to improve United States judicial procedures for...obtaining evidence in the United States in connection with proceedings before foreign and international tribunals...."   1964 U.S. Code Cong. & Admin. News 3782.

The proper criteria for determining whether this Court should exercise its discretion in favor of assisting such a foreign tribunal are outlined in In Re Request for Judicial Assistance from

the Seoul District Criminal Court, Seoul, Korea, 555 F.2d 720, 723 (9th Cir. 1977) where the court stated:

> Under the statute the only restrictions explicitly stated are that the request be made by a foreign or international tribunal, and that the testimony or material requested be for use in a proceeding in such a tribunal.   (Citation omitted).

As stated in the Letters Rogatory request, the District Court of Brasov, Romania has requested employment records and income information from Carnival Cruise Lines.   This evidence is sought in the case of *Tudorita v. Cosmin*, which is a matter pending before the District Court of Brasov, Romania. (See Exhibit No.1 to Application for Order Pursuant to 28 United States Code, Section 1782).

Based upon the facts stated in the request from the District Court of Brasov, Romania, the Letters Rogatory comes within those circumstances contemplated by Congress to assist foreign tribunals.   See e.g., In Re Letter Rogatory from the Justice Court, District of Montreal, Canada, 523 F.2d 562, 565 (6th Cir. 1975).

The appointment of a Commissioner to execute Letters Rogatory is a matter customarily handled ex parte.   Persons who have objections to providing the requested information may raise such objections by moving to quash any subpoenas issued by the Commissioner. In Re Letters Rogatory from Tokyo Dist., Tokyo, Japan, 539 F.2d 1216, 1219 (9th Cir. 1976).   Accordingly, this Court is requested to issue an Order appointing Franklin Monsour, Assistant United States Attorney as Commissioner to take such steps as are necessary to fulfill the request of the presiding Judge of the District Court of Brasov, Romania.

Dated: April 17, 2015                     Respectfully submitted,
      Miami, Florida

                                          WIFREDO A. FERRER
                                          UNITED STATES ATTORNEY

By:    *s/Franklin Monsour*
                                          Franklin Monsour (Court No. A5501761)
                                          Assistant United States Attorney
                                          E-mail: Franklin.Monsour@usdoj.gov
                                          United States Attorney's Office
                                          99 N.E. 4th Street, Suite 300
                                          Miami, Florida 33132
                                          Tel. No. (305) 961-9128
                                          Fax No. (305) 530-7139
                                          Counsel for United States of America